UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ORLANDO GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>SCOTT JONES,<br><br>   Defendant. | Case No. 2:19-cv-1601-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM<br><br>THIRTY-DAY DEADLINE |

   Plaintiff Raul Garcia is a state prisoner proceeding without counsel in this action. On August 28, 2020, plaintiff's second amended complaint was dismissed pursuant to 28 U.S.C. § 1915A(a), and plaintiff was granted thirty days to file an amended complaint. *See* ECF No. 19. To date, plaintiff has not filed an amended complaint.

   To manage its docket effectively, the court imposes deadlines and requires litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, the court may dismiss the plaintiff's case for failure to prosecute. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1         Plaintiff will be given an opportunity to explain why the court should not dismiss his
2 case for failure to prosecute and failure to state a claim.  Plaintiff's failure to respond to this
3 order will constitute a failure to comply with a court order and will result in dismissal of this
4 case.  Accordingly, plaintiff must show cause within thirty days of the date of entry of this
5 order why the court should not dismiss his case for failure to state a claim and failure to
6 prosecute.  Should plaintiff wish to continue with this lawsuit, plaintiff should also file a first
7 amended complaint.

IT IS SO ORDERED.

Dated:   November 13, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE