1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ORLANDO GARCIA, | Case No. 2:19-cv-01601-JDP (PC) |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| SCOTT JONES, | ECF No. 24 |
| Defendant. | |

Plaintiff has filed a letter in which he asks that his case "be suspended." ECF No. 24. Plaintiff explains that he is no longer able to litigate this case by himself, and states that he may elect to refile his complaint once he is able to retain counsel. *Id.* I construe plaintiff's letter as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

That rule provides that, subject to exceptions not exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

    (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii)   a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

1       Because defendant has not appeared in this action, much less filed an answer or motion

2 for summary judgment, plaintiff is permitted to voluntarily dismiss this case without a court

3 order.  Accordingly, it is hereby ORDERED that the Clerk of Court is directed to close this case

4 pursuant to plaintiff's notice of voluntary dismissal.  ECF No. 24.

IT IS SO ORDERED.

Dated:   April 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2